**Order filed, January 21, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00432-CV**

_____

**NASSER CHEHAB, Appellant**

**V.**

**BBVA COMPASS BANCSHARES, INC., Appellee**

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2020-10745**

---

## ORDER

The reporter's record in this case was due July 31, 2020. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Amanda King, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Jewell and Poissant.